1546

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26-72 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 2251(d) and 2251(e); |
| | ) | 2252(a)(2) and 2252(b)(1); and |
| | ) | 2252(a)(4)(B) and 2252(b)(2) |
| | ) | |
| JAMES WILLIAM MARTIN JR. | ) | [UNDER SEAL] |

**FILED**

**INDICTMENT**

APR 1 4 2026

**COUNT ONE**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

Between in and around April 2022 through in and around August 2024, in the Western District of Pennsylvania and elsewhere, the defendant, JAMES WILLIAM MARTIN JR., attempted to and did knowingly make, print, and publish a notice and advertisement seeking and offering to receive, exchange, produce, display, distribute, and reproduce any visual depiction, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer; and such notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(d) and (e).

## COUNT TWO

The grand jury further charges:

Between in and around April 2022 through in and around August 2024, in the Western District of Pennsylvania and elsewhere, the defendant, JAMES WILLIAM MARTIN JR., did knowingly distribute and attempt to distribute any visual depiction using any means and facility of interstate and foreign commerce, namely, the Internet, the production of which visual depictions involved the use of a minor engaging in sexually explicit conduct, and that depicted a minor engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

2

## COUNT THREE

The grand jury further charges:

Between in and around April 2022 through in and around August 2024, in the Western District of Pennsylvania, the defendant, JAMES WILLIAM MARTIN JR., did knowingly access with intent to view and attempt to access with intent to view any visual depiction, namely images and videos in computer graphics and digital files, that have been shipped and transported using any means and facility of interstate and foreign commerce and which were produced using materials which have been shipped and transported, by any means including by computer and the Internet, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which involved a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

**FORFEITURE ALLEGATIONS**

1.      Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant JAMES WILLIAM MARTIN JR. that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 2253, in the event of the defendant's conviction under Counts One through Three of this Indictment.

2.      Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in Counts One through Three of this Indictment, in violation of Title 18, United States Code, Sections 2251 and 2252, the defendant, JAMES WILLIAM MARTIN JR., shall forfeit to the United States of America:

a.      Any visual depiction described in Title 18, United States Code, Sections 2251 and 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, or shipped, in violation of Title 18, United States Code, Chapter 110;

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3.      The property subject to this forfeiture notice includes, but is not limited to:

a.      an HP Laptop, S/N: 5CD9129H21 (1B4);

b.      a YOGA laptop with power cord, S/N: MJOB7GEE (1B5);

c.      a deco GE nesh router with power cord, S/N: Y2370N2001109 (1B6);

d.      a Black box firewall with power cord (1B7);

e.      a Dell Optiplex 3050, Service Tag: 8JHZHN2 (1B8);

f.    a Dell Optiplex 3050 with power cord and ethernet, Service Tag: 3ZFDBM2 (1B9);

g.    a Dell Precision 3240 with power cord and ethernet, Service Tag: HFHBQJ3 (1B10);

h.    a UniFi switch with power cord and ethernet cable, S/N: 74ACB91787DG (1B11);

i.    a Synology Network Area Storage with power cord and ethernet, S/N: 1680NAN203101 (1B12);

j.    a HYTE Tower with power cord, ID: 2922AY01201092 (1B14);

k.    a Thermaltake computer tower (1B18);

l.    a Dell inspiron laptop, S/N: 3V7LHT2 (1B21);

m.    an HP Laptop, S/N: 5CD3459KZK (1B22); and

n.    an ASUS Vivobook laptop, S/N: T8NOSHO1M409348 (1B24).

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
United States Attorney
PA ID No. 56816


/s/ Rachel L. Rothberg
RACHEL L. ROTHBERG
Trial Attorney
CA ID No. 331595

_____
KELLY M. LOCHER
Assistant United States Attorney
PA ID No. 322400