IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JAMES WILLIAM MARTIN, JR.

Criminal No. 26- 72

**[UNDER SEAL]**

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Kelly M. Locher, Assistant United States Attorney for said District, and Rachel L. Rothberg, Trial Attorney for the United States Department of Justice, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant JAMES WILLIAM MARTIN, JR., upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with Title 18, United States Code, Sections 2251(d), 2251(e), 2252(a)(2), 2252(b)(1), 2252(a)(4)(B) and 2252(b)(2).

Recommended bond: Detention.

Respectfully submitted,
TROY RIVETTI
United States Attorney

**FILED**

APR 1 4 2026

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

s/Rachel L. Rothberg
RACHEL L. ROTHBERG
Trial Attorney
CA ID No. 331595

s/Kelly M. Locher
KELLY M. LOCHER
Assistant U.S. Attorney