AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Pennsylvania ▾

United States of America
v.
JAMES WILLIAM MARTIN, JR.

)
)
)
)
)
)
)

Case No.   2:26-cr-0072-1

FID: 11948496

_____
Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAMES WILLIAM MARTIN, JR.

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2251(d) AND 2251(e) ADVERTISING AND ATTEMPTED ADVERTISING OF VISUAL DEPICTIONS OF MINORS ENGAGING IN SEXUALLY EXPLICIT CONDUCT; 18 U.S.C. 2252(a)(2) AND 2252(b)(1) DISTRIBUTION AND ATTEMPTED DISTRIBUTION OF VISUAL DEPICTIONS OF MINORS ENGAGING IN SEXUALLY EXPLICIT CONDUCT; 18 U.S.C. 2252(a)(4)(B) AND 2252(b)(2) ACCESSING WITH INTENT TO VIEW MATERIAL DEPICTING THE SEXUAL EXPLOITATION OF A MINOR

**RECEIVED**
By KKrapp at 11:47 am, Apr 14, 2026

| | |
|---|---|
| Becca Richardson | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *Becca Richardson* | 04/14/2026    Pittsburgh, PA |
| Signature of Issuing Officer | Date and Location |

| Return |
|---|

This warrant was received on *(date)* 4/14/2026, and the person was arrested on *(date)* 4/16/2026
at *(city and state)* GREENSBURG, PA.

Date: 4/16/2026

_____
Arresting officer's signature

MATT SAXMAN    FBI TFO
Printed name and title